IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:09CR318 |
| CARLOS RAMIREZ, | ) | ORDER |
| Defendant. | ) | |

_____

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:09CR313 |
| LUIS IBARRA-PENUELAS, | ) | ORDER |
| Defendant. | ) | |

The government's motion to continue (Filing No. 26 in Case No. 8:09CR318 USA v. Carlos Ramirez) is granted.

**IT IS ORDERED** that the motion to suppress (Filing No. 15 in Case No. 8:09CR318 USA v. Carlos Ramirez) and the motion to suppress (Filing No. 26 in Case No. 8:09CR313 USA v. Luis Ibarra-Penuelas) are consolidated for hearing on January 13, 2010 at 9:00 a.m. before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present unless excused by the Court.

DATED this 25th day of November, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge