IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR313 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS IBARRA-PENUELAS, | ) | |
| | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR318 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendants' statements of objections (Filing No. 39 in 8:09CR313; Filing No. 37 in 8:09CR318) to the magistrate judge's findings and recommendations (Filing No. 38 in 8:09CR313; Filing No. 36 in 8:09CR318), recommending defendants' motions to suppress (Filing No. 26 in 8:09CR313; Filing No. 15 in 8:09CR318) be denied. The Court has reviewed the transcript (Filing No. 34 in 8:09CR313; Filing No. 33 in 8:09CR318), the briefs of the parties and the findings and recommendations of the magistrate judge and finds that the magistrate judge's findings and recommendations should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The findings and recommendations of the magistrate judge are approved and adopted (Filing No. 38 in 8:09CR313; Filing No. 36 in 8:09CR318).

2) Defendants' statements of objections (Filing No. 39 in 8:09CR313; Filing No. 37 in 8:09CR318) to the magistrate judge's findings and recommendations are overruled.

3) Defendants' motions to suppress (Filing No. 26 in 8:09CR313; Filing No. 15 in 8:09CR318) are denied.

4) Trial of this matter is scheduled for:

**Tuesday, July 6, 2010, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to pursue plea negotiations or prepare for trial and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 29, 2010, and July 6, 2010, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 29th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court