IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR318 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After hearing with counsel and defendant,

IT IS ORDERED:

1) That a conference with counsel and the defendant present is scheduled for:

**Thursday, August 12, 2010, at 9 a.m.**

2) That the Rule 11 hearing is rescheduled for:

**Monday, August 16, 2010, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

3) If defendant fails to enter a guilty plea at the time scheduled, trial of this matter will commence on:

**Tuesday, September 7, 2010, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have additional time to prepare for trial, and it will accommodate the schedule of the

Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between July 8, 2010, and September 7, 2010, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 9th day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court